IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DENNIS BLAMEY,

    Petitioner,                    No. CIV S 04-1256 LKK DAD P

   vs.

TOM L. CAREY, et al.,

    Respondents.               ORDER

_____/

        Petitioner has requested an extension of time to file objections to the findings and recommendations of October 10, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner October 16, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his objections.

DATED: October 30, 2007.

                                                         /s/ Dale A. Drozd
                                                         DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE

DAD:cm
blam1256.111(2)