IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DENNIS BLAMEY,

    Petitioner,                    No. CIV S-04-1256 LKK DAD P

    vs.

TOM CAREY, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 10, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

On November 27, 2007, petitioner filed a motion for discovery related to the claims contained in the petition. Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts permits discovery in habeas corpus actions. A habeas petitioner does not enjoy the presumptive entitlement to discovery of a traditional civil litigant and discovery is available only in the discretion of the court and for good cause shown. See Rules Governing Section 2254 Cases, Rule 6(a) 28 U.S.C. foll. § 2254. See also Hayes v. Woodford, 301 F.3d 1054, 1065 n.6 (9th Cir.2002) (discovery is available "only in the discretion of the court and for good cause"). After a review of the record and petitioner's claims, and in light of the procedural posture of this case, the court does not find good cause for an order granting the discovery petitioner seeks.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's November 27, 2007, motion for discovery is denied;

2. The findings and recommendations filed October 10, 2007, are adopted in full; and

3. Petitioner's application for a writ of habeas corpus is denied.

DATED: March 14, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT