1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD DENNIS BLAMEY,

11              Petitioner,              No. CIV S-04-1256 LKK DAD P

12        vs.

13   TOM CAREY, et al.,

14              Respondents.            <u>ORDER</u>

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's March 14, 2008 denial of his application for a writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24        A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   /////

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3        Petitioner has made a substantial showing of the denial of a constitutional right in

4  the following issues presented in the instant petition: (1) whether the prosecution improperly

5  failed to disclose evidence favorable to the defense; (2) whether his appellate counsel rendered

6  ineffective assistance; (3) whether his trial counsel rendered ineffective assistance; and (4)

7  whether evidentiary rulings by the trial court deprived him of the right to present a complete

8  defense.  Petitioner has also filed a document entitled "motion to amend the judgement," in

9  which he challenges this court's failure to order discovery and hold an evidentiary hearing on his

10  claim of ineffective assistance of trial counsel.  This motion will be denied without prejudice to

11  its renewal in the Court of Appeals for the Ninth Circuit.

12        Accordingly, IT IS HEREBY ORDERED that:

13        1.  A certificate of appealability is issued in the present action; and

14        2.  Petitioner's March 21, 2008 "motion to amend the judgement" is denied

15  without prejudice to its renewal in the Court of Appeals for the Ninth Circuit.

16  DATED: April 15, 2008
     /blamey1256.coa

17

18

19  LAWRENCE K. KARLTON
    SENIOR JUDGE

20  UNITED STATES DISTRICT COURT

21

22

23

24

---

25        [1] Except for the requirement that appealable issues be specifically identified, the
    standard for issuance of a certificate of appealability is the same as the standard that applied to
26  issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.